AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TYRONCE LOVIQUE BROWN,

    Petitioner,

                      JUDGMENT IN A CIVIL CASE

            V.                CASE NUMBER: CV316-011

DODGE COUNTY JAIL,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 29, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the petition is DISMISSED without prejudice and this case stands CLOSED.

March 29, 2016
_Date_

Scott L. Poff
_Clerk_

_(By) Deputy Clerk_

GAS Rev 10/1/03